UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE LEE GIPSON,<br><br>Plaintiff,<br><br>v.<br><br>WEST VALLEY DETENTION RISK MANAGEMENT, ET AL.,<br><br>Defendant(s). | Case No. EDCV 19-197-R (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the following claims in the Second Amended Complaint are dismissed without leave to amend: (a) the Eighth Amendment claim against defendants Maldonado and Ayala, and (b) the official capacity claim against defendant Torre.

Dated: June 10, 2019

_____
HONORABLE MANUEL L. REAL
United States District Judge